# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John P. Kerr a/k/a John Kerr   CHAPTER 13

Debtor(s)

BKY. NO. 23-13335 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 and index same on the master mailing list.

Respectfully submitted,



/s/ Mark A. Cronin
Mark Cronin
08 Nov 2023, 13:51:36, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322