*Form 242* (3/23)–doc 17 – 14

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   John P. Kerr<br>   aka John Kerr<br><br>   Debtor(s). | Case No. 23–13335–mdc<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [14] Chapter 13 Plan

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☑ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☐ Other: wrong case number

In order for this matter to proceed, please submit the above noted correction on or before December 4, 2023, otherwise, the matter will be referred to the Court.

Date: November 20, 2023

For The Court

Timothy B. McGrath
Clerk of Court