**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  John P. Kerr              :          Chapter 13
                                  :          No.        23-13335

**ORDER APPROVING DEBTOR'S MOTION**
**FOR EXPEDITED HEARING ON DEBTOR'S EMERGENCY MOTION**
**SEEKING LEAVE OF COURT TO HEAR ARGUMENT ON DEBTOR'S MOTION TO**
**IMPOSE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(4)(B)**

Upon consideration of the Motion of Debtor Seeking Leave of Court to hear argument on Debtor's Motion to Impose the Automatic Stay Pursuant to 11 U.S.C. §362(c)(4)(B), it is hereby:

1. The request for an expedited hearing is Granted.

2. A hearing to consider the Motion shall be and hereby is scheduled on  November 28th , 2023, at    10:30   , in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107 via Teleconference at number 1.877.336.1828 using access code 7855846.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on   November 21st, 2023   .

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on  November 21st, 2023   .

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

The Balance of this page is intentionally left blank

**ORDERED** that the Motion for Expedited Hearing is GRANTED; it is further

**ORDERED** that the hearing on the Motion of the Debtor Impose the Automatic Stay Pursuant to §362 is scheduled for _____dType text here_____, 2023 at __10:30__ a.M. at the Robert N.C. Nix Sr.. Federal Court House, 900 Market Street, Court Room No. "2", Philadelphia, Pennsylvania 19107 via Teleconference at number 1.877.336.1828 using access code 7855846..

                                                  BY THE COURT:

*Magdeline D. Coleman*

Date Novermber 21st, 2023

Magdeline D. Coleman
Chief Judge
United States Bankruptcy Court

Copies of this order should be sent to:

See Attached List:

Kenneth E. West, Esquire
Chapter 13 Trustee
Via: ECF

United States Trustee
Via: ECF

Anthony Frigo
Via: ECF

All Creditors and Interested Parties