# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John P. Kerr	:	Chapter 13
	:	No.	23-13335

## CERTIFICATION OF SERVICE

I, Anthony Frigo, Esquire, do hereby certify that on the 21st day of November, 2023, I caused to be served a copy of the Order for Expedited Hearing and the Motion for Expedited Hearing either electronically or via U.S. First Class Mail, postage prepaid, compliance with the service requirements of Paragraphs 4 and 5 of the Order for Expedited Hearing.

Date:  November 21, 2023	/s/ Anthony A. Frigo
	Anthony A. Frigo
	Attorney for Debtor
	175 Strafford Ave., Suite One
	Wayne, PA 19087
	(O) 610.687.7784
	(F) 610.687.7783

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 40119
Philadelphia, PA 19106-0119

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Stephen M. Hladlik
425 West Main Street
Lansdale, PA 19446, PA 19446

All Creditors and Interested Parties