IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 23-13335-mdc |
| JOHN P. KERR, | Chapter 13 |
| Debtor, | |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, | |
| Movant, | |
| v. | |
| JOHN P. KERR, and KENNETH E. WEST, Chapter 13 Trustee, | |
| Respondents. | |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on November 29, 2023, I served copies of Specialized Loan Servicing, LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8x, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee's Objection to Confirmation of Chapter 13 Plan filed November 17, 2023 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| John P. Kerr<br>430 Ashley Dr.<br>Hatboro, PA 19040 | ANTHONY A. FRIGO<br>The Law Offices of Anthony A. Frigo<br>175 Strafford Ave, Suite One<br>Wayne, PA 19468 |
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*

Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135
*Counsel for Specialized Loan Servicing, LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8x, U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee*