**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OFPENNSYLVANIA**

IN RE:  John P. Kerr                                    :                    Chapter 13
                                                       :                    No.          23-13335

**ORDER**

AND NOW, this              day of                        , 2023, upon consideration of
the within Motion to Impose the Automatic Stay Pursuant to §362, after notice and hearing
thereon, and for good cause having been shown it is hereby

ORDERED that the Motion is GRANTED with regard to all property except for the
property located at 7105 Oxford Avenue, Philadelphia, PA 19111.  The stay is hereby imposed
upon all creditors who have received Notice of this Motion.

_____
**Magdeline D. Coleman**
**Chief Judge**
**United States Bankruptcy Court**

See Attached List

All Creditors

Kenneth E. West, Esquire
Chapter 13 Trustee

Anthony A. Frigo, Esquire
175 Strafford Ave. Suite One
Wayne, PA 19087

John P. Kerr
430 Ashley Dr.
Hatboro, PA 19040

U.S. Trustee

All Interested Parties