# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OFPENNSYLVANIA

IN RE:  John P. Kerr                    :           Chapter 13
                                        :           No.     23-13335
                                        :

## AMENDEDN CERTIFICATE OF SERVICE

I, ANTHONY A. FRIGO, attorney for John P. Kerr do hereby certify that true and correct copies of the forgoing Amended Chapter 13 Plan has been served on December 5, 2023, by first class mail, postage prepaid or electronic means upon the trustee and parties listed below:

Date:  December 5, 2023                          /s/Anthony A. Frigo
                                                 Anthony A. Frigo, Esquire
                                                 175 Strafford Ave., Suite One
                                                 Wayne, PA 19087

Carrington Mortgage Services
1600 South Douglass Rd.
Anaheim, CA 92806

LVNV Funding
c/o Resurgent Capital
P.O. Box 10587
Greenville, SC 29603-0587

CACH, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

PHH Mortgage
Attn: Bankruptcy Dept.
P.O. Box 24605
West Palm Beach, FL 33416-4605

U.S. Bank National Association Trustee
C/O Specialized Laon Servicing, LLC
6200 S. Quebec St.
Greenwood Village, Colorado, 80111

Deutsche Bank National Trust Company
1600 South Douglass Rd.
Anaheim, CA 92806

The City of Philadelphia
Law-Tax & Revenue Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Ocwen Loan
1661 Worthington Rd
West Palm Beach, FL 33409

PHH  Mortgage Services
Mailstop SBRP
P.O. Box 5469
Mount Laurel, NJ 08054

Santander Consumer USA, Inc.
c/o Chrysler Financial

P.O. Box 961275
Fort Worth, TX 76161-1245