# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JOHN P. KERR AKA JOHN KERR<br>      Debtor | Case No. 23-13335-mdc |
| | Chapter 13 |
| U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1,<br>      Movant | |
| vs.<br>JOHN P. KERR AKA JOHN KERR<br>      Respondent | 11 U.S.C. §362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **April 16, 2024** you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

        Clerk's Office, U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's attorney:

> Brock and Scott, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **April 23, 2024 at 10:30 AM**, in Courtroom #2, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

March 25, 2024