**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JOHN P. KERR AKA JOHN KERR<br>    Debtor | Case No. 23-13335-PMM<br><br>Chapter 13 |
| U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1,<br>    Movant<br><br>vs.<br>JOHN P. KERR AKA JOHN KERR<br>    Respondent | <br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER GRANTING IN REM RELIEF FROM §362(d)(4) AUTOMATIC STAY WITH RESPECT TO 7314 MONTOUR ST PHILADELPIA, PENNSYLVANIA 19111**

    **AND NOW**, this ___25th___ day of ___April___, 20_24_, at **PHILADELPHIA**, upon Motion of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 (Movant), it is:

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that In Rem Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) is granted with respect to, 7314 Montour St, Philadelphia, Pennsylvania 19111 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED,** that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant of owner of the real property located at 7314 Montour St, Philadelphia, Pennsylvania 19111, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to real property located at 7314 Montour St, Philadelphia, Pennsylvania 19111; and it is further;

    **ORDERED,** that in accordance with §362 (d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interest or liens in real property; and it is further;

    **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Patricia M. Mayer*

_____

Patricia M. Mayer
BANKRUPTCY JUDGE

**Date: April 25, 2024**