United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 23-13335-pmm
John P. Kerr     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 25, 2024     Form ID: pdf900     Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Kerr, 430 Ashley Dr., Hatboro, PA 19040-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Apr 26 2024 00:28:00 | SPECIALIZED LOAN SERVICING, LLC, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Apr 26 2024 00:28:00 | Specialized Loan Servicing, LLC, as Servicer for M, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 26 2024 00:28:00 | U.S. Bank National Association, as Trustee for Res, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 26 2024 00:28:00 | U.S. Bank Trust Company, National Association, as, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| 14831700 | + | Email/Text: EBN@brockandscott.com | Apr 26 2024 00:28:00 | U.S. Bank National Association ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14841142 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 26 2024 00:28:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14831180 | + | Email/Text: EBN@brockandscott.com | Apr 26 2024 00:28:00 | U.S. Bank Trust Company ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 10

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank Trust Company National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed P andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANTHONY A. FRIGO | on behalf of Debtor John P. Kerr anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8x, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as trustee, as successor-in-interest to U.S. Bank Nat wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JOHN P. KERR AKA JOHN KERR<br>   Debtor | Case No. 23-13335-PMM<br><br>Chapter 13 |
| U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1,<br>   Movant | |
| vs.<br>JOHN P. KERR AKA JOHN KERR<br>   Respondent | 11 U.S.C. §362 |

## ORDER GRANTING IN REM RELIEF FROM §362(d)(4) AUTOMATIC STAY WITH RESPECT TO 7314 MONTOUR ST PHILADELPIA, PENNSYLVANIA 19111

    **AND NOW**, this \_\_25th\_\_ day of \_\_\_April_____, 20\_24\_, at **PHILADELPHIA**, upon Motion of U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1 (Movant), it is:

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that In Rem Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362(d)(4) is granted with respect to, 7314 Montour St, Philadelphia, Pennsylvania 19111 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) , as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED,** that if any future bankruptcy cases are filed by this Debtor/Debtors, or any other occupant of owner of the real property located at 7314 Montour St, Philadelphia, Pennsylvania 19111, within 2 years from the date of this order, such a bankruptcy filing shall not trigger the Automatic Stay under 11 U.S.C. §362(a) as to real property located at 7314 Montour St, Philadelphia, Pennsylvania 19111; and it is further;

    **ORDERED,** that in accordance with §362 (d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interest or liens in real property; and it is further;

    **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE

**Date: April 25, 2024**