**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John P. Kerr aka John Kerr <br> Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 <br> Movant <br> vs. | NO. 23-13335 PMM |
| John P. Kerr aka John Kerr <br> Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West <br> Trustee | |

**ORDER**

AND NOW, this 22nd day of May, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge