**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: John P. Kerr, | : | Chapter 13 |
| Debtor. | : | Bky. No. 23-13335 PMM |

### O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by Anthony Frigo, counsel for the Debtor (doc. no. 89, the "Application");

**AND** upon consideration of the Applicant's Motion to Extend Time (doc. #91, the "Motion to Extend");

**AND** this bankruptcy case having been dismissed by Order dated June 6, 2024 (doc. # 86, the "Dismissal Order");

**AND** the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order;"

**AND** the Application having been filed beyond 14 days after the entry of the Dismissal Order and, therefore, is untimely;

**AND** the Motion to Extend having been filed following the expiration of the deadline and failing to identify exigent circumstances;

It is therefore hereby **ORDERED** that:

1) The Motion to Extend is **denied**; and

2) The Application is **denied**.

**Date: 7/3/24**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**