United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John P. Kerr  
    Debtor

Case No. 23-13335-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 03, 2024      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Kerr, 430 Ashley Dr., Hatboro, PA 19040-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 04 2024 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 04 2024 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 04 2024 00:42:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jul 04 2024 00:41:00 | SPECIALIZED LOAN SERVICING, LLC, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jul 04 2024 00:41:00 | Specialized Loan Servicing, LLC, as Servicer for M, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 04 2024 00:41:00 | U.S. Bank National Association, as Trustee for Res, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 04 2024 00:41:00 | U.S. Bank Trust Company, National Association, as, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 03, 2024 | Form ID: pdf900 | Total Noticed: 8

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

**Name** | **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed P andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANTHONY A. FRIGO
on behalf of Debtor John P. Kerr anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Specialized Loan Servicing  LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8x, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KERI P EBECK
on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MARIO J. HANYON
on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor U.S. Bank Trust Company  National Association, as trustee, as successor-in-interest to U.S. Bank Nat wbecf@brockandscott.com, matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John P. Kerr,             :           Chapter 13

          Debtor.             :           Bky. No. **23-13335 PMM**

# O R D E R

**AND NOW,** upon consideration of the Application for Compensation filed by Anthony Frigo, counsel for the Debtor (doc. no. 89, the "Application");

**AND** upon consideration of the Applicant's Motion to Extend Time (doc. #91, the "Motion to Extend");

**AND** this bankruptcy case having been dismissed by Order dated June 6, 2024 (doc. # 86, the "Dismissal Order");

**AND** the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order;"

**AND** the Application having been filed beyond 14 days after the entry of the Dismissal Order and, therefore, is untimely;

**AND** the Motion to Extend having been filed following the expiration of the deadline and failing to identify exigent circumstances;

It is therefore hereby **ORDERED** that:

1) The Motion to Extend is **denied**; and

2) The Application is **denied**.

Date: 7/3/24

                                              **PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**