UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    John P. Kerr | : | |
|         Debtor(s) | : | Bankruptcy No. 23-13335-PMM |
| | : | |
| | : | |

# NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   The debtor, John P. Kerr, has filed a Motion to Reconsider Order denying the Application for Compensation filed by Anthony Frigo, counsel for the Debtor (doc. no. 89, the "Application"); AND upon consideration of the Applicant's Motion to Extend Time (doc. #91), the "Motion to Extend") with the court.

   **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case/adversarial proceding. (If you do not have an attorney, you may wish to consult one.)**

   1.   If you do not want the court to grant the releif sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 29, 2024 you or your attorney must do <u>all</u> of ther following:

      (a)  file an answer explaining ypour position at

            Clerk of the Bankruptcy Court
            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            Robert C. Nix Building
            900 Market Street
            Philadelphia, PA 19107

   If you mail your answer to the Bankruptcy clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to the movant's attorney:

            Anthony A. Frigo
            The Law Offices of Anthonyt A. Frigo
            175 Strafford Ave., Suite One
            Wayne, PA 19087
            (610) 687-7784

   1.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

   2.   A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on August 8, 2024 at 11:00 AM in Courtroom #1, United States Bankruptcy Court, Robert C. Nix Sr. Building, 900 Market Street, Philadellphia, PA 19107.

      3.    If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      4.    You may contact the Bankruptcy Court Office at (215) 408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: <u>July 7, 2024</u>