### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| John P. Kerr, | : | |
| Debtor. | : | Case No. 23-13335 (PMM) |

### ORDER DENYING MOTION

**AND NOW**, upon consideration of counsel for the Debtor, Anthony A. Frigo's Motion to Reconsider Order Denying Compensation (doc. #94, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on August 8, 2024;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 8/8/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge