United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13335-pmm |
| John P. Kerr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John P. Kerr, 430 Ashley Dr., Hatboro, PA 19040-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Aug 08 2024 23:56:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Aug 08 2024 23:55:00 | SPECIALIZED LOAN SERVICING, LLC, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Aug 08 2024 23:55:00 | Specialized Loan Servicing, LLC, as Servicer for M, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 23:55:00 | U.S. Bank National Association, as Trustee for Res, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 08 2024 23:55:00 | U.S. Bank Trust Company, National Association, as, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor U.S. Bank Trust Company National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed P andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANTHONY A. FRIGO | on behalf of Debtor John P. Kerr anthonyfrigo@msn.com frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC, as Servicer for Morgan Stanley Mortgage Loan Trust 2007-8x, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MARIO J. HANYON | on behalf of Creditor U.S. Bank National Association as Trustee for Residential Asset Mortgage Products, Inc., Mortgage A wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor U.S. Bank Trust Company National Association, as trustee, as successor-in-interest to U.S. Bank Nat wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| John P. Kerr, | : | |
| Debtor. | : | Case No. 23-13335 (PMM) |

### ORDER DENYING MOTION

**AND NOW**, upon consideration of counsel for the Debtor, Anthony A. Frigo's Motion to Reconsider Order Denying Compensation (doc. #94, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on August 8, 2024;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 8/8/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge